UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DAVID ANDREN,

Plaintiff,

v.

HARVEST STATES COOPERATIVES, CENEX HARVEST STATES COOPERATIVES, and KURT CHRISTENSEN,

Defendants.

Civil No. 00-886 (RHK/JMM)

**SECOND AMENDED** ORDER FOR PRETRIAL CONFERENCE

TO: Plaintiff above named and to Stephen W. Cooper, Esq., Eric D. Bull, Esq., Cooper Law Office, 800 Ceresota Building, 155 Fifth Avenue South, Minneapolis, MN 55401, attorneys for Plaintiff;

Defendants above named and to Martha J. Keon, Esq., Kathryn A. Mrkonich, Esq., Littler Mendelson, 33 South Sixth Street, Suite 3110, Minneapolis, MN 55402, attorneys for Defendants.

IT IS HEREBY ORDERED that counsel for Plaintiff shall cause a copy of this Order to be served upon any other parties or counsel not listed above.

I. DATE, TIME, PLACE AND PARTICIPANTS

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, and Local Rule 16 of the Rules of this District, a pretrial conference of trial counsel in the above matter will be held on **May 31, 2000 at 1:45 p.m.** before Magistrate Judge John M. Mason in chambers at Room 610, Federal Courts Building, 316 North Robert Street, St. Paul, Minnesota, to consider the matters set forth in Rule 16(c), the Rule 26(f) disclosures, and related matters.

Filed MAY 19 2000
Francis E. Dosal, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______

## II. MEETING, REPORTS AND DISCLOSURES REQUIRED

A. Pursuant to Federal Rule of Civil Procedure 26(f), trial counsel for each party shall meet in person no later than May 15, 2000 to discuss settlement, and to prepare the Report required by Rule 26(f) and Local Rule 16.2.

B. If the case does not settle, no later than May 17, 2000, counsel shall jointly prepare and file with the Clerk of Court a complete written Report of the Rule 26(f) meeting. A copy of the Report shall also be delivered to chambers of this Court, Room 610, 316 North Robert Street, St. Paul, Minnesota, no later than May 17, 2000. The Report shall be prepared in accordance with Local Rule 16.2, and in the form prescribed in Form 3 of the Local Rules of this Court.

C. Any party may also submit to chambers a Letter/Memorandum concerning settlement, which may be confidential between the Court and that party.

D. If all counsel wish to hold the pretrial conference by telephone, please make that request by calling Calendar Clerk Katherine Haagenson, (651) 848-1190, after filing the Rule 26(f) Report.

E. If a party consents to have this matter tried before a Magistrate Judge, individual counsel are requested to sign the enclosed form by May 24, 2000 and send it directly to:

Deb Siebrecht
Calendar Clerk to Judge Richard H. Kyle
708 Federal Building
316 North Robert Street
St. Paul, MN 55101

Dated: May 18, 2000

JOHN M. MASON
United States Magistrate Judge